IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENNY LEON, JR.,** | CIV S-06-1855 FCD DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **RICHARD KIRKLAND, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, Respondents' request for a 30-day extension of time in which to file a response in this matter is hereby GRANTED. Respondents' response is due on October 27, 2006.

DATED: September 27, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
leon1855.eot