IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENNY LEON,

        Petitioner,                      No. CIV S-06-1855 FCD CHS P

        vs.

RICHARD KIRKLAND, et al.,

        Respondents.                  <u>ORDER</u>

/

        Petitioner requests a 60 day extension of time to file a notice of appeal of this court's February 9, 2009 order denying his application for writ of habeas corpus. Petitioner states that he needs the extra time because he is untrained in the law and has been unable to access the law library.

        Good cause is shown for a brief extension of time, but not for the requested 60 days. The requirements for a proper notice of appeal are minimal. Extensive legal research should not be necessary, even for a pro se litigant. In order to comply with the rules, petitioner's notice of appeal must simply (1) specify in either the caption or the body of the notice that he is the appellant; (2) indicate which judgment, order, or part thereof he wishes to appeal; and (3) name the court to which his appeal will be taken. Fed. R. App. P. 3(c)(1).

        In addition, a district court may not grant an extension of time to file a notice of appeal in excess of 30 days after the prescribed deadline or 10 days after the date of the order

granting the motion, whichever is later.  Fed. R. App. P.4(a)(5)(C).

          Accordingly, IT IS HEREBY ORDERED that:

          1.  Petitioner's March 6, 2009 request for an extension of time is granted, in part, but only to the extent that an additional 30 days will be allowed; and

          2.  Petitioner has an additional 30 days, up to and including April 10, 2009, in which to file a notice of appeal of this Court's February 9, 2009 order denying the petition for writ of habeas corpus.

DATED: March 16, 2009

CHARLENE H. SORRENTINO  
UNITED STATES MAGISTRATE JUDGE